# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
YING LI, by Robert J. Musso Chapter 7 Bankruptcy Trustee,

                              Plaintiff,

    -against-                                              22 **CIVIL** 572 (ER)

                                                                               **JUDGMENT**

MULTICULTURAL RADIO BROADCASTING, INC.,

                              Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2023, MRBI's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       November 17, 2023

                                                                **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                          **BY:**      *K. Mango*

                                                                 **Deputy Clerk**